

## Fourth Court of Appeals

### San Antonio, Texas

## MEMORANDUM OPINION

No. 04-21-00390-CV

Mary **MARTINEZ** and Juan Martinez,
Appellants

v.

**RITA'S FAMOUS TACOS, LLC** and Rita Villanueva,
Appellees

From the 198th Judicial District Court, Kerr County, Texas
Trial Court No. 19917B
Honorable M. Rex Emerson, Judge Presiding

PER CURIAM

Sitting: Rebeca C. Martinez, Chief Justice
    Luz Elena D. Chapa, Justice
    Irene Rios, Justice

Delivered and Filed: February 16, 2022

DISMISSED

Appellants Mary and Juan Martinez filed a motion to dismiss, requesting this court dismiss their appeal because it is moot. Appellees Rita's Famous Tacos, LLC and Rita Villanueva have not opposed the motion. *See* TEX. R. APP. P. 10.3(a). Therefore, we grant the motion and dismiss the appeal. *See id.* R. 42.1(a)(1). Costs of the appeal are taxed against appellants. *See id.* R. 42.1(d).

PER CURIAM